## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **COMPLAINT** |
| | : | |
| v. | : | Honorable Michael A. Hammer |
| | : | |
| PETER DERIVAL, and | : | Mag. No. 25-10011 |
| MASEN JACQUES | : | |
| | : | **FILED UNDER SEAL** |

I, Devon McManamon, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief:

### SEE ATTACHMENT A

I further state that I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives and that this criminal complaint is based on the following facts:

### SEE ATTACHMENT B

*/s/ Devon McManamon*
Devon McManamon, Special Agent
Bureau of Alcohol, Tobacco, Firearms, & Explosives

Special Agent McManamon attested to this Affidavit by telephone pursuant to F.R.C.P. 4.1(b)(2)(A) on this 21st day of January, 2025.

*/s/ Hon. Michael A. Hammer*
Hon. Michael A. Hammer
United States Magistrate Judge

## ATTACHMENT A

### COUNT ONE
### (Firearms Trafficking Conspiracy)

From at least as early as in or around December 2022 until at least in or around June 2023, in Union County, in the District of New Jersey and elsewhere, the defendants,

### PETER DERIVAL, and
### MASEN JACQUES,

did knowingly and willfully conspire with each other and others, to ship, transport, transfer, cause to be transported, and otherwise dispose of any firearm to another person in or otherwise affecting interstate and foreign commerce, knowing and with reason to believe that the use, carrying, or possession of a firearm by the recipient would constitute a felony, contrary to Title 18, United States Code, Section 933(a)(1).

In violation of Title 18, United States Code, Section 933(a)(3).

## COUNT TWO
(Dealing Firearms Without a License)

From at least as early as in or around December 2022 until at least in or around June 2023, in Union County, in the District of New Jersey and elsewhere, the defendant,

**PETER DERIVAL, and**
**MASEN JACQUES**

not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms, or in the course of such business, did transport a firearm in interstate commerce.

In violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a) and 924(a)(1)(D).

2

## ATTACHMENT B

I, Devon McManamon, am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms & Explosives ("ATF").  I am fully familiar with the facts set forth herein based on my own investigation, my conversations with other law enforcement officers, and my review of reports, documents, photographs, recordings, and other items of evidence.  Where statements of others are related herein, they are related in substance and part.  Where I refer to the contents of previously recorded conversations (e.g., consensual recordings or prior wiretap interceptions), quotations and descriptions are based on preliminary draft transcripts and/or translations of those conversations.  Because this complaint is being submitted for a limited purpose, I have not set forth each and every fact that I know concerning this investigation.  Where I assert that an event took place on a particular date, I am asserting that it took place on or about the date alleged.

1.      Since at least in or around June 2022, the ATF, along with other federal, state, and local law enforcement agencies, has been investigating a firearms trafficking ring operating in and around Union County, New Jersey. The firearms trafficking ring is part of the neighborhood gang known as "Salem Brim." Members of Salem Brim live within the Salem Park apartments or a neighboring apartment complex in Elizabeth, New Jersey.  Salem Brim operates in and around the Salem Park apartments in Elizabeth, New Jersey.  Salem Brim associates itself with the Bloods.

2.      Peter Derival is a member of Salem Brim who purchases, manufactures, and traffics firearms for the neighborhood gang.  Masen Jacques and Derival purchased aftermarket firearm parts,[1] shipped them to addresses in Georgia and New Jersey, and used those parts to assemble privately-manufactured firearms without serial numbers, colloquially known as "ghost guns.  For example, in or around December 2022, Derival ordered two 9mm 33-round extended magazines fit for Glock pistols and sent the parts to an address provided by Jacques in Georgia (the "Georgia Address"). In or around January 2023, Jacques ordered an aftermarket firearm slide, and had it shipped to the Georgia Address. Later that month, Jacques sent Derival a photo of himself holding a completed firearm with a frame that appeared to be bereft of a serial number. Derival sent photos to Jacques of Derival holding multiple firearms, including firearms with drum magazines.

3.      In or around January 2023, Derival provided a New Jersey address (the "New Jersey Address") to Jacques, and asked Jacques to ship firearm parts

---

[1] Aftermarket firearm parts are replacement parts for firearms that are not made by the original equipment manufacturer.

to that address. Jacques placed an order for aftermarket firearm parts for a Glock 19, including the upper slide parts and the trigger parts and had them shipped to the New Jersey Address. Derival placed an order for a sight for a Glock and had it shipped to the New Jersey Address. The pieces ordered by Derival were shipped from California.

4.     Between in or around January 2023 and in or around February 2023, Derival discussed, over social media, selling firearms to another individual ("Individual-1"). Derival sent Individual-1 prices and pictures of various firearms. One of the firearms is a green/tan Glock type Polymer 80 pistol equipped with a "Gmconn" light/laser attachment, a black extended magazine with an estimated capacity of thirty-one (31) rounds, a black trigger and magazine release, and a black barrel protruding from the slide (the "Ghost Gun").

5.     On or about February 2, 2023, an individual sent Jacques a screenshot of someone selling a "ghost 19" for $650. Jacques replied "U could build one for cheaper." Jacques sent a voice message stating that the individual could build a firearm for $450 or $475.

6.     On or about February 23, 2023, law enforcement recovered a firearm from Individual-1 that resembles the Ghost Gun Derival appears to have sold to Individual-1. The next day, on or about February 24, 2023, Derival, Jacques, and two others had a conversation via social media about the arrest of Individual-1 in which one of the individuals told Derival this was Derival's "second" time selling someone a firearm with which they were arrested.

7.     On or about May 7, 2023, Derival, Jacques, and other individuals engaged in a social media message conversation. Derival said that he was selling a "ghost" gun for $600 or $650. Jacques stated that he could get it sold immediately.

8.     A law enforcement search of records revealed that neither Derival nor Jacques is a licensed importer, licensed manufacturer, or licensed dealer of firearms.